UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
NEERAJ BHARGAVA

-v-

CRP/Extell Parcel I, L.P. and
Stroock + Stroock + Lavan LLP
**Defendant**

Case No.
09 CIV 6086 (SHS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Stroock + Stroock + Lavan LLP (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Not Applicable. Stroock + Stroock + Lavan LLP is a limited liability partnership engaged in the practice of law.

Date: 9/29/09

/s/ Bruce H. Schneider
Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf