Bruce H. Schneider (BHS - 7808)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038

*Attorneys for Defendants*
*STROOCK & STROOCK & LAVAN LLP,*
*as escrow agent*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

| | |
|---|---|
| NEERAJ BHARGAVA,<br><br>     Plaintiff,<br><br>-vs-<br><br>CRP/EXTELL PARCEL I, L.P. and STROOCK & STROOCK & LAVAN LLP, as escrow agent<br><br>     Defendants. | 09 CIV 6086 (SHS)<br><br>**ANSWER OF DEFENDANT STROOCK & STROOCK & LAVAN, L.L.P., as Escrow Agent** |

-----------------------------------X

  Stroock & Stroock & Lavan LLP ("Stroock"), sued herein in its capacity as escrow agent, responds to the Complaint by submitting its rights and interests to the Court and will be bound by the Court's judgment as to the respective rights of plaintiff and CRP/Extell Parcel I, L.P.

  Stroock requests judgment awarding it its attorneys' fees and litigation expenses in accordance with the Escrow Agreement, dated November 21, 2005.

Dated: New York, New York
September 29, 2009

                    STROOCK & STROOCK & LAVAN LLP

                    By:    /s/ Bruce H. Schneider
                              Bruce H. Schneider
                    *Attorneys for Defendant*
                    *Stroock & Stroock & Lavan, L.L.P., as Escrow Agent*

                    180 Maiden Lane
                    New York, New York 10038
                    (212) 806-5636